1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

GEORGE JONES,

        Plaintiff,

v.

SAM JIN JUNG; MAING SOOK KWON; and DOES 1-10,

        Defendant.

Case No. CV 21-04330-AB (SHKx)

ORDER DISMISSING CIVIL ACTION

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: July 14, 2021

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE