# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES, an individual, | Case No.: 2:21-cv-04330-AB-SHK |
| Plaintiff, | *Hon. André Birotte Jr* |
| v. | [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE |
| SAM JIN JUNG, an individual; MAING SOOK KWON, an individual; and DOES 1-10, | Action Filed: May 25, 2021<br>Trial Date: Not on Calendar |
| Defendants. | |

1  Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff George Jones' action against Defendants Sam Jin Jung and Maing Sook Kwon is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: August 24, 2021

_____
Hon. André Birotte Jr
United States District Judge